**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.   JANE BYRAM, | ) | |
| | ) | |
|        Plaintiff, | ) | CIV-15-747-M |
| v. | ) | |
| | ) | |
| 1.   THE STATE OF OKLAHOMA ex rel | ) | |
|        THE UNIVERSITY OF CENTRAL | ) | |
|        OKLAHOMA, et al., | ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
|        Defendants. | ) | **JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Jane Byram, hereby stipulates with the Defendants, The State of Oklahoma ex rel The University of Central Oklahoma, Carrie Irwin, Debbie Young and Mark Rodolf, that Plaintiff's claims in the above-styled and numbered action shall be dismissed <u>without</u> prejudice.  The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 9th DAY OF OCTOBER, 2015.**

s/ Lauren W. Johnston
**LEONARD & ASSOCIATES, P.L.L.C.**
**JANA B. LEONARD, OBA # 17844**
**LAUREN W. JOHNSTON, OBA #22341**
**8265 S. WALKER**
**OKLAHOMA CITY, OK 73139**
**(405) 239-3800 Telephone**
**(405) 239-3801 Facsimile**
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Attorneys for Plaintiff*

1

s/ Jeb Joseph
**JEB JOSEPH, OBA #19137**
**Assistant Attorney General**
**Oklahoma Attorney General's Office**
**Litigation Section**
**313 N. E. 21st Street**
**Oklahoma City, Oklahoma 73105**
**Telephone: (405) 521-4274**
**Facsimile: (405) 521-4518**
**Jeb.Joseph@oag.ok.gov**
*Attorney for Defendants*